UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-21240-CIV-WILLIAMS

LIGIA MERCEDES LOPEZ BRAVO,
and all others similarly situated,

        Plaintiff,

vs.

LAUNDRY SHORES, LLC *et al.*,

        Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal of Defendant Personal Investment Solutions, Inc., d/b/a Laundry Factory, and Defendant Rafael Riefkohl (DE 16), and on the motion for attorney's fees filed by Defendants Personal Investment Solutions, Inc. and Rafael Riefkohl (DE 19). Defendants Personal Investment Solutions, Inc. and Rafael Riefkohl have not filed answers or motions for summary judgment. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Personal Investment Solutions, Inc. and Rafael Riefkohl are **DISMISSED WITHOUT PREJUDICE**.

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, the motion for attorney's fees is hereby **REFERRED** to United States Magistrate Judge Andrea M. Simonton to take all necessary and proper action as required by law.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17th day of June, 2014.

```
_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
```

Copies furnished to:
The Honorable Andrea M. Simonton
Counsel of Record